UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

FILED
JAN 26 2011

| | |
|---|---|
| UNITED STATES OF AMERICA | 10-CR-448 (BR) |
| v. | ORDER FOR ISSUANCE OF A BENCH WARRANT |
| RICARDO DIAZ, Defendant. | |

This matter having come before the Court upon motion of the government; and the Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that a bench warrant be issued for defendant **RICARDO DIAZ**, requiring that he be brought before this Court to answer for failing to appear for trial in this matter on January 25, 2011, as ordered by the Court on November 24, 2010.

Dated this 26th day of January 2011.

_____
The Honorable Anna J. Brown
UNITED STATES DISTRICT JUDGE

Presented by:

DWIGHT C. HOLTON, OSB #09540
United States Attorney
District of Oregon

s/ Ryan W. Bounds
RYAN W. BOUNDS, OSB #00012
Assistant United States Attorney