**FILED**

MAY 16 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR  10-448-01BR |
| Plaintiff, ) | |
| ) | DETENTION ORDER |
| v. ) | |
| ) | Violation of Pretrial Release |
| DIAZ, Ricardo ) | |
| Defendant(s) ) | |

## Violation of Pretrial Release

After a hearing pursuant to 18 USC § 3148 (violation of pretrial release order), the court finds that:

1. ☐ there is probable cause to believe the defendant has committed a federal, state or local crime while on release and has not rebutted the presumption that his/her release will endanger another or the community, *or*
☑ there is clear and convincing evidence that defendant has violated another condition of release, *or,*
☐ the defendant stipulates he/she violated a condition of release, *and*

2. ☐ based on the factors set forth in 18 USC § 3142(g), there is no condition or combination of conditions of release that will assure that defendant will not flee or pose a danger to the safety of another person or the community *or*
☐ defendant is unlikely to abide by any condition or combination of conditions of release.

DATED:  5/16 , 2011.

_____
United States Magistrate Judge

1 - DETENTION ORDER